## Criminal Calendar for a Guilty Plea

**Before: Judge John Gleeson, U.S.D.J.**

Date: 5/18/2012                    Time: 9:30am – 10:00am

DOCKET NUMBER: 11CR 821

DEFENDANT'S NAME: ✓ Ysidro Diaz (FNU LNU).
   ✓ Present  ___ Not Present  ✓ In Custody  ___ Bail

DEFENSE COUNSEL: Joyce London
   ___ Legal Aid  ✓ CJA  ___ Retained

AUSA: Brendan King                 Deputy Clerk: Ilene Lee
INTERPRETER: Maristela Verastegui   (Language) Spanish
COURT REPORTER: Fred Guerino

✓ Case called.

Defendant:  ✓ sworn   ___ arraigned   ✓ informed of rights
            ✓ Waives trial before District Court.

___ Waiver of indictment executed.
___ Superseding Indictment/Information filed.
___ Defendant failed to appear, Bench Warrant issued.
✓ Defendant enters a plea of GUILTY to Count(s) ONE of the Indictment.
___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Count(s) ___ of the ___.
✓ Court finds factual basis for the plea.
___ Sentencing set for ___ @ ___.

___ Deft continued on $___ Bond.    ✓ Deft continued in Custody.

___ Bail set in the amount of $___ and deft released.

___ Case adjourned until ___ for ___.

~~Plea Agreement marked as Gov's Exhibit #1 and returned to the AUSA. Pursuant to Federal Rule 11 of Criminal Procedure Judge ___ did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.~~

- The defendant pleas to the indictment; no plea agreement.
- The sentencing date is set for September 28, 2012 at 2:00pm.