## Criminal Calendar: Sentencing

**Before: Judge John Gleeson, U.S.D.J.**

Date: 4/16/13                                              Time: 2:00pm – 3:00pm
DOCKET NUMBER: 11CR821

DEFENDANT'S NAME: ✓ Isidro Diaz (Deft. #2)
✓ Present  ___ Not Present  ✓ In Custody  ___ Bail

DEFENSE COUNSEL: Joyce London
___ Legal Aid  ✓ CJA  ___ Retained

AUSA: Kevin Trowel and Brendan G. King        Deputy Clerk: Ilene Lee

Probation Officer: Roberta Houlton

INTERPRETER: Rosa Olivera    (Language) Spanish

COURT REPORTER: Lisa Schmid

✓ Case Called.
✓ Defendant is given the opportunity to speak on his/her behalf.

___ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

✓ The Pre-sentence Report is adopted without change. by the Court after arguments were heard regarding a minor role adjustment that was DENIED by the Court.

✓ Defendant is sentenced to **48** months imprisonment and **3** years of supervised release.

Special conditions of Supervision are as follows:
- No firearms or ammunitions.
- If deported, the defendant may not reenter the U.S. illegally.

___ Defendant is ordered to pay restitution in the amount of $_____.
___ Defendant is ordered to pay a fine in the amount of $_____.
✓ Defendant is ordered to pay a special assessment of $ 100.00 (NO FINE).

Monetary penalties are due as follows:

✓ The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at: FCI as close to New York City as possible
___ The deft is remanded to the custody of U.S.M.S.
___ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on ____ @ ____
___ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ✓ ☐ before 2:00pm on _____   ☐ as notified by USMS or   ☐ as notified by P.O.
✓ Open count(s) (All Open Counts) is/are dismissed on motion of the government.